IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TOMMIE D. KIRKLAND, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | File No. CV205-90 |
| FORD MOTOR COMPANY ) | |
| A Delaware Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER GRANTING
## DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS

This cause comes before the Court on Defendants Ford Motor Company and General Motors Corporation's (collectively "Defendants") Motion to Stay All Proceedings in light of the probability that this case will be transferred to the United States District Court for the Eastern District of Pennsylvania for coordination or consolidation of pretrial proceedings in *In Re: Asbestos Products Liability Litigation (No. VI)* (MDL Docket No. 875). The Court, having considered Defendants' Motion and received no opposition from Plaintiff, determines that the Motion should be **GRANTED**.

ORDERED this 5th day of August, 2005.

_____
Anthony A. Alaimo, Judge
United States District Court
Southern District of Georgia

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Todd P. Davis
Roger B. Lane

CASE NO: CV205-90

DATE SERVED: 8/5/05

SERVED BY: NITA ROSE

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate